STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF ST. LOUIS                                   SIXTH JUDICIAL DISTRICT

---

Jamie Montcalm,

                Plaintiff,                **SUMMONS**
"To be Tried in the
City of Hibbing"

vs.

KidsPeace Corporation,                                **PERSONAL INJURY**

                Defendant.

---

THE STATE OF MINNESOTA TO THE ABOVE NAMED DEFENDANT:

YOU are hereby summoned and required to serve upon plaintiff's attorneys an Answer to the Complaint, which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Rule 114 of the Minnesota Rules of Practice provides for use of alternative dispute resolution ("ADR") in most cases. Notice of ADR processes will be provided by the Court Administrator after this action is filed.

                                      MATONICH & PERSSON, CHARTERED

                                      By: _____
                                      EDWARD J. MATONICH - #68603
                                      JULIE A. MATONICH - #265494
                                      Attorneys for Plaintiff
                                        2031 Second Avenue East
                                        P.O. Box 127
                                        Hibbing, Minnesota 55746
                                        (218) 263 –8881

1

# EXHIBIT 1

STATE OF MINNESOTA                                          DISTRICT COURT

COUNTY OF ST. LOUIS                                        SIXTH JUDICIAL DISTRICT

Jamie Montcalm,

                                               COMPLAINT

                Plaintiff,

vs.

KidsPeace Corporation,                                     PERSONAL INJURY

                Defendant.

      Comes now the plaintiff Jamie Montcalm and for her complaint against defendant KidsPeace Corporation alleges as follows:

      1.     Defendant KidsPeace Corporation is a foreign corporation which provides services and other support and training to the Mesabi Academy of KidsPeace, Inc. facility in Buhl, St. Louis County, Minnesota.

      2.     Defendant KidsPeace Corporation undertook for compensation to provide training and other services to Mesabi Academy of KidsPeace, Inc. staff including but not limited to training involving security, security procedures, handling juvenile offenders, and safety matters.

      3.     Defendant KidsPeace Corporation undertook for compensation to provide designs and equipment to Mesabi Academy of KidsPeace, Inc.'s facilities.

      4.     Defendant KidsPeace Corporation negligently performed those duties resulting in lack of staff training and dangerous facilities at Mesabi Academy of KidsPeace, Inc.'s facilities.

1

5. That as a direct result of the aforesaid negligence, plaintiff was attacked on or about May 24, 2004 by two inmates at the Mesabi Academy of KidsPeace, Inc. facility in Buhl, St. Louis County, Minnesota.

6. That as a direct result of the aforesaid negligence and assault, plaintiff sustained a severe and permanent injury, incurred medical expenses and wage loss, and will in the future incur medical expenses and loss of earning capacity to her great damage in excess of the sum of Fifty Thousand and No/100ths Dollars ($50,000.00).

WHEREFORE plaintiff demands judgment against the above named defendant in excess of the sum of Fifty Thousand and No/100ths Dollars ($50,000.00), together with her costs and disbursements herein.

MATONICH & PERSSON, CHARTERED

By: _____
EDWARD J. MATONICH - #68603
JULIE A. MATONICH - #265494
Attorneys for Plaintiff
2031 Second Avenue East
P.O. Box 127
Hibbing, Minnesota 55746
(218) 263-8881

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded pursuant to Minnesota Statutes § 549.21, subdivision 2, to the party against whom the allegations in this pleading are asserted.

_____
EDWARD J. MATONICH

2