UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jamie Montcalm, | Civil File No. 07-4182 (RHK/RLE) |
| Plaintiffs, | |
| vs. | **STIPULATION TO AMEND PRE-TRIAL ORDER** |
| KidsPeace Corporation, | |
| Defendant. | |

---

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the Pre-Trial Order issued on December 13, 2007 may be amended as follows:

VI.

That within the foregoing period allotted for discovery, but no later than the dates set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial. Each party's disclosure shall identify each expert and state the subject matter on which the expert is expected to testify. The disclosure shall be accompanied by a written report prepared and signed by the witness. As required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure, the report shall contain:

   a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;

   b. The compensation to be paid for the study and testimony;

   c. A listing of any other cases in which the witness has testified as an expert at

      trial or by deposition within the preceding four years;

d.     A complete statement of all opinions to be expressed and the basis and reasons therefor;

e.     The data or other information considered by the witness in forming the opinions; and

f.     Any exhibits to be used as a summary of or support for the opinions.

The Plaintiff's disclosures shall be made on or before April 1, 2008. **The Defendant's disclosures shall be made on or before May 31, 2008. The Plaintiff shall disclose any rebuttal experts on or before June 16, 2008.**

| | |
|---|---|
| Dated: April 8, 2008 | Dated: April 9, 2008 |
| HANFT FRIDE, <br> A Professional Association | MATONICH & PERSSON, CHARTERED |
| By **s/John D. Kelly** <br> John D. Kelly (54732) <br> Attorneys for Plaintiff <br> 1000 U.S. Bank Place <br> 130 West Superior Street <br> Duluth, Minnesota 55802-2094 <br> (218) 722-4766 | By **s/David A. Arndt** <br> Edward J. Matonich (68603) <br> David A. Arndt (149330) <br> Julie Matonich (265494) <br> Attorneys for Defendant <br> 2031 Second Avenue East <br> P.O. Box 127 <br> Hibbing, MN 55746 <br> (218) 263-8881 |